# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **NO. CR** 11 - 96 - MO |
| **v.** | **INDICTMENT** |
| **KAO FEY SAECHAO,**<br>**a.k.a. "Doughboy,"** | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| **Defendant.** | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B),<br>841(b)(1)(C) and 853 |
| | **UNDER SEAL** |

## THE GRAND JURY CHARGES:

### Count 1:
### [Felon in Possession of a Firearm]

On or about February 11, 2011, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, having been previously convicted of a crime punishable

by imprisonment for a term exceeding one year, specifically:

A.    Unlawful Possession of Cocaine, on or about February 4, 2009, in the Circuit

Court of the State of Oregon for Multnomah County, Case Number 090130384;

and,

B.    Burglary in the First Degree, on or about 2006, in the Circuit Court of the State of

Oregon for Multnomah County, Case Number 051237481,

did knowingly and unlawfully possess a firearm, to-wit: a Star, model Firestar, .40 caliber

handgun, Serial Number 2017876, which had previously been transported in interstate and

foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

## Count 2:
### [Distribution of Cocaine Base]

On or about February 11, 2011, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute 28 grams or

more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 3:
### [Distribution of Cocaine]

On or about February 11, 2011, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

///

///

Page 2          Indictment

## Count 4:
### [Distribution of Cocaine Base]

On or about December 15, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute 28 grams or

more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 5:
### [Distribution of Cocaine Base]

On or about November 23, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute 28 grams or

more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 6:
### [Distribution of Cocaine]

On or about November 23, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

## Count 7:
### [Distribution of Cocaine]

On or about November 10, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

### Count 8:
### [Distribution of Cocaine Base]

On or about October 28, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute 28 grams or

more of cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 9:
### [Distribution of Cocaine Base]

On or about October 27, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute a quantity of

cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 10:
### [Distribution of Cocaine]

On or about October 23, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

### Count 11:
### [Distribution of Cocaine]

On or about October 20, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

Page 4          Indictment

## Count 12:
### [Distribution of Cocaine]

On or about October 16, 2010, in the District of Oregon, **KAO FEY SAECHAO,**

**a.k.a. "Doughboy,"** defendant herein, did knowingly and intentionally distribute cocaine, a

Schedule II controlled substance, all in violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(C).

## Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above in Counts 2 through 12,

**KAO FEY SAECHAO, a.k.a. "Doughboy,"** defendant herein, shall forfeit to the United States

pursuant to Title 21, United States Code, Section 853, any property constituting or derived from,

proceeds obtained, directly or indirectly, as a result of the said violations and any property used,

or intended to be used, in any manner or part, to commit, or to facilitate the commission of the

said violations.

DATED this 24th day of February 2011.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 5        Indictment