**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**LESLIE J. WESTPHAL, OSB #83344**
leslie.westphal@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1027
Facsimile:     503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 11-CR-00096-MO |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| KAO FEY SAECHAO, a.k.a. "Doughboy," | |
| Defendant. | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Leslie J. Westphal, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

///

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

**$8,000.00 in United States currency,**

**$637.00 in United States currency.**

DATED this 15th  day of March, 2011.

DWIGHT C. HOLTON
United States Attorney

*/s/ Leslie J. Westphal*
LESLIE J. WESTPHAL
Assistant United States Attorney
